UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-00181-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| CALIXTO RODRIGUEZ-BETANCOURT | : | |

This matter comes now before this court on motion of the United States to order the disposition of a firearm associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the Wilson Police Department or other custodial agency to dispose of the Mossberg 500A 12-gauge shotgun, bearing serial number R637145, and any and all related ammunition, by destruction, incapacitation, or other means in accordance with its regulations.

This the 9 day of November, 2020.

MALCOLM J. HOWARD
Senior United States District Judge